UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
:
UNITED STATES, :
                        Plaintiff, : **ORDER REGULATING**
  -against- : **PROCEEDINGS**
:
VARIOUS FIAT CURRENCY WITH AN : 24 Civ. 7829 (AKH)
APPROXIMATE VALUE OF $2,300,000 SEIZED :
ON OR ABOUT MAY 20, 2021, ET AL, :
:
                   Defendants-*in-rem*. :
:
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Claimant's motion to enlarge the time by which she must respond to government discovery requests is granted, as provided below.

      1. Regarding her deposition, Claimant has an appointment for a visa to enter the United States for the propose of being deposed on November 17, 2025. Claimant's deposition will thereafter go forward as soon as convenient, either in the United States if she is granted a visa, or if not, in another common law country, for example, in the United Kingdom, Bermuda, or the Bahamas, proceeding in such country by commission.

      2. Plaintiff shall cure deficient responses to Government requests for discovery and respond fully and responsively by November 28, in accordance with Rules 33 and 34. Fed. R. Civ. P. 33, 34.

      3. The status conference currently scheduled for November 21, 2025, is adjourned to January 8, 2026, at 10:30 a.m. in Courtroom 14D.

4. The Clerk shall terminate ECF No. 28.

    SO ORDERED.

Dated:    November 13, 2025
           New York, New York

ALVIN K. HELLERSTEIN
United States District Judge